IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| GROWELLA, INC., | : | Case No. 1:23-cv-832 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| PHILLIP GANZ, et al., | : | |
| Defendants. | : | |

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED** that:
1) Defendants' Motion to Dismiss (Doc. 8) is GRANTED;
2) Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE;
3) This Matter is TERMINATED from the Court's docket.

Dated: August 14, 2024.

Richard W. Nagel, Clerk of Court
By: */s/ Kellie A. Fields*
Deputy Clerk